```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARMEN ANDRADE and                  :
CADR ACQUISITIONS INC.,             :
                                    :
                    Plaintiffs,     :
                                    :      08 CIV 1289(VM)
                                    :
        - against -                 :
                                    :      ORDER
                                    :
DAVID REITER and REMARKABLE         :
FOODS, INC.,                        :
                    Defendant.      :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-08

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint filed in this matter the Court has noted that plaintiffs Carmen Andrade ("Andrade") and CADR Acquisitions Inc. assert that Andrade is a resident of Elmhurst, New York; that CADR is a corporation with a principal place of business in Philadelphia, Pennsylvania; that defendant David Reiter is an individual residing in Philadelphia, Pennsylvania; and defendant Remarkable Foods, Inc. is a corporation with a principal place of business in Wynnewood, Pennsylvania. The complaint indicates that the events giving rise to the underlying action occurred in connection with the parties' agreement relating to the repair and sale to plaintiffs of certain property located in Philadelphia, Pennsylvania. It therefore appears that all or most of the material events, documents, parties, persons and potential witnesses related to this action are located in

whole or in substantial part in the Eastern District of Pennsylvania.

**ORDERED** that to aid the Court's assessment of whether, for the convenience to the parties and witnesses, in the interest of justice and sound judicial administration, venue for this matter more properly lies in the Eastern District of Pennsylvania, Andrade and CADR are directed to respond by February 18, 2008, in a letter to the Court not to exceed three (3) pages, showing cause why this matter should not be transferred to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a); and it is further hereby

**ORDERED** that Andrade and CADR serve a copy of this Order on defendants David Reiter and Remarkable Foods, Inc., through counsel if known, and that defendants may respond by letter not to exceed three (3) pages submitted to the Court by February 20, 2008.

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         13 February 2008

_____
                             Victor Marrero
                                U.S.D.J.