```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARMEN ANDRADE and                  :
CADR ACQUISITIONS INC.,             :
                                    :
                Plaintiffs,         :
                                    :      08 CIV 1289(VM)
                                    :
          - against -               :
                                    :         ORDER
DAVID REITER and REMARKABLE         :
FOODS, INC.,                        :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated February 13, 2008, (the "Order") the Court noted that plaintiffs Carmen Andrade ("Andrade") and CADR Acquisitions Inc. asserted in the complaint filed in this action that Andrade is a resident of Elmhurst, New York; that CADR is a corporation with a principal place of business in Philadelphia, Pennsylvania; that defendant David Reiter is an individual residing in Philadelphia, Pennsylvania; and defendant Remarkable Foods, Inc. is a corporation with a principal place of business in Wynnewood, Pennsylvania. The complaint also indicates that the events giving rise to the underlying action occurred in connection with the parties' agreement relating to the repair and sale to plaintiffs of certain property located in Philadelphia, Pennsylvania. Because it therefore appears that all or most of the material events, documents, parties, persons and potential witnesses related to this action are located in whole or in substantial

part in the Eastern District of Pennsylvania, the Court directed Andrade and CADR to respond to the Order by February 18, 2008 showing cause why this matter should not be transferred to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a). No response to the Order has been filed. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to transfer this action to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a), and to close this case.

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         21 February 2008

                              _____
                                  Victor Marrero
                                     U.S.D.J.