```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
CARMEN ANDRADE and                   :
CADR ACQUISITIONS INC.,              :
                                     :
                Plaintiffs,          :
                                     :    08 CIV 1289(VM)
                                     :
        - against -                  :
                                     :       ORDER
DAVID REITER and REMARKABLE          :
FOODS, INC.,                         :
                Defendant.           :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated February 21, 2008 the Court directed the Clerk of Court to transfer this action to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a) and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of February 21, 2008 the Clerk of Court is directed to transfer this action to the Eastern District of Pennsylvania and to close this case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:    New York, New York
          28 February 2008

                                        _____
                                            VICTOR MARRERO
                                               U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 · 28 · 08