# WOLF & WOLF LLP
## Attorneys At Law
www.onefinelawyer.com

910 Grand Concourse, Ste. 1F
Bronx, New York 10451
Tel. (718) 410-0653
Alt. Tel. (718) 410-2323
Fax (718) 588-8035

5 Main Street
Haverstraw, New York 10927
Tel. (845) 429-5500
Fax (845) 429-5515

EDWARD H. WOLF
JASON M. WOLF

March 4, 2008

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Andrade v. Reiter et al
     08 CV 1289

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-08
```

Dear Judge Marrero,

    This office represents the plaintiff in the above referenced matter. I received a call from the Clerk requesting a copy of the complaint so that this case could be transferred to the Eastern District of Pennsylvania. After receiving the call, I checked the ECF system and learned for the first time of the February 13, 2008 Order. I did not receive email notification as I normally do and did not check the ECF system as the complaint was only recently filed and was just served last week. To date, neither defendant has submitted an answer or contacted my office for an extension of time to reply. I therefore respectfully request an opportunity to submit a letter detailing the reasons that venue is proper and convenient in the Southern District of New York, especially since the Defendant maintains a resides within New York City and the contract was negotiated and executed within New York City as well.

    Thank you for considering this request.

Very Truly Yours

Jason M. Wolf

A status conference herein is scheduled for 4-4-08 at 4:30 P.M. to address the matter described above by plaintiff.

SO ORDERED.

3-6-07
DATE    VICTOR MARRERO, U.S.D.J.