```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARMEN ANDRADE and                  :
CADR ACQUISITIONS INC.,             :
                                    :
                  Plaintiffs,       :
                                    :     08 CIV 1289(VM)
                                    :
       - against -                  :
                                    :        ORDER
DAVID REITER and REMARKABLE         :
FOODS, INC.,                        :
                  Defendant.        :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint filed in this matter the Court, by Order dated February 21, 2008, transferred this action to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a). At the conference held on April 4, 2008, plaintiffs Carmen Andrade ("Andrade") and CADR Acquisitions Inc. ("CADR") asserted that Adrade's district of residence, as well as much of the material events, documents, parties, persons and potential witnesses related to this action, are located in the Eastern District of New York, and that plaintiffs consent to the transfer of this action to the Eastern District of New York. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to rescind the Order dated February 21, 2008 (Docket No. 4) transferring this action to the Eastern District of Pennsylvania; and it is further

**ORDERED** that the Clerk of Court is directed to transfer this action to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a); and it is further ordered

**ORDERED** that plaintiffs Carmen Andrade and CADR Acquisitions, Inc. serve a copy of this Order on defendants David Reiter and Remarkable Foods, Inc., through counsel if known.

**SO ORDERED.**

DATED:    NEW YORK, NEW YORK
          April 4, 2008

                                    _____
                                           Victor Marrero
                                              U.S.D.J.